**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,             ) | No. CV 94-1624-PCT-PGR |
| Plaintiff,      ) | |
| vs.                                                ) | **ORDER** |
| Richard Aria, et al.                        ) | |
| Defendants.   ) | |

Pursuant to the Status Conference held before the Court on Wednesday, January 17, 2007 at 1:30 PM, the Court makes the following ruling:

IT IS ORDERED that the parties are to retain their experts and have their experts begin work on the necessary supplemental expert reports on or before **March 29, 2007.**

The projected completion, exchange and filing date for the parties' experts' supplemental reports is on or before **April 27, 2007.** In the meantime, the parties are directed to communicate via conference call to discuss whether their respective experts are on track to complete their supplemental reports by the **April 27, 2007** deadline. If any of the experts experience unforseen difficulty in meeting the aforementioned deadline, that expert and the corresponding expert of the opposing party will be given additional time, up to and including **May 24, 2007.**

1    After all the supplemental reports have been filed, the parties will be given thirty-days
2 in which to file rebuttal reports.  Pursuant to the above paragraph, said deadline will be **May**
3 **25, 2007** or **June 25, 2007.**
4    A Status Hearing is scheduled for **Monday, May 30, 2007 at 1:30 PM** to assess
5 whether the parties are on track for completing all expert reports and their corresponding
6 rebuttal reports.
7    After rebuttal reports have been submitted, the parties will be given **sixty-days** to
8 complete  additional deposition testimony of the experts if needed.   Said discovery shall be
9 completed by either **July 25, 2007**; or, if completion of the experts' supplemental reports is
10 extended pursuant to the paragraph above, the deadline will be **August 24, 2007.**
11    After the completion of deposition discovery, the Court will conduct a mini-trial to
12 allow the parties to present evidence through testimony and exhibits as well as to allow for
13 cross-examination of each expert.  The mini-trial will give the parties the opportunity to
14 focus the Court's attention on supporting exhibits and documentation.
15    The mini-trial will be conducted in the Court's Phoenix, Arizona courtroom so as to
16 minimize the travel burdens and to facilitate presentation of exhibits, many of which are large
17 and difficult to transport.  The mini-trial will commence on **Tuesday, September 11, 2007**
18 **at 1:30 PM.**
19    DATED this 18 day of January, 2007.
20
21
22
23            Paul G. Rosenblatt
              United States District Judge
24
25
26
27
28